**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00714

KENT BEIDEL,

            Plaintiff,

        v.

THOMAS SANDGAARD,
ANNA LUCSOK,
DANIEL MOORHEAD,
BARRY D. MICHAELS,
MICHAEL CRESS, and
JOSHUA DISBROW,

            Defendants.

---

**NOTICE OF RELATED CASES**

---

Pursuant to Local Rule 3.2(a), Defendant Daniel Moorhead hereby notifies the Court of the following cases that have common facts and claims as the above-captioned matter and at least one party in common: (1) *Tuncel v. Sandgaard and Moorhead*, Case No. 1:25-cv-00913-SKC-TPO (D. Colo.); and (2) *Albert v. Sandgaard, et al.*, Case No. 1:26-cv-00387-NRN (D. Colo.).

The *Tuncel* case, like this matter, asserts federal securities law claims against Moorhead and Defendant Thomas Sandgaard, alleging that they failed to disclose a fraudulent insurance billing scheme that, among other things, allegedly inflated the revenues of Zynex, Inc. ("Zynex") and rendered false the company's financial reports and other statements about its business. *See, e.g.*, *Tuncel* ECF No. 1 ¶¶ 1-8. The *Albert* case names the same Defendants as in this action (plus two more) and likewise asserts federal

1

securities law claims, among others, based on an alleged failure to disclose a "multi-year scheme to submit fraudulent health care billings . . . in order to inflate Zynex's revenues and profits." *See*, *e.g.*, *Albert* ECF No. 1 ¶ 2. As in this matter, the *Albert* complaint borrows heavily from a pending federal criminal indictment against Defendants Thomas Sandgaard and Anna Lucsok. *Id.* ¶¶ 18-125.

Dated this 11th day of March 2026.

SHOEMAKER GHISELLI + SCHWARTZ LLC

By: *s/ Coates Lear*

Coates Lear
1811 Pearl Street
Boulder, CO 80302
(303) 530-3452
coateslear@sgslitigation.com

*Attorneys for Defendant Daniel Moorhead*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of March 2026, a true and accurate copy of the foregoing **NOTICE OF RELATED CASES** was filed and served via ECF on all counsel of record.


By:     *s/ Maritza Recendiz*