IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00714

KENT BEIDEL,

          Plaintiff,

v.

THOMAS SANDGAARD,
ANNA LUCSOK,
DANIEL MOORHEAD,
BARRY D. MICHAELS,
MICHAEL CRESS, and
JOSHUA DISBROW,

          Defendants.

---

**NOTICE OF RELATED CASES**

---

Pursuant to Local Rule 3.2(a), Defendant Thomas Sandgaard hereby notifies the Court of the following cases that have common facts and claims to the above-captioned matter and at least one party in common: (1) *Tuncel v. Sandgaard, et al.*, Case No. 1:25-cv-00913-SKC-TPO (D. Colo.); (2) *Albert v. Sandgaard, et al.*, Case No. 1:26-cv-00387-NRN (D. Colo.); (3) *Allstate v. Sandgaard, et al.*, Case No. 1:25-cv-4915-DLI-CHK (E.D.N.Y.); and (4) *United States v. Sandgaard, et al.*, Case No. 1:26-cr-00005-JJM-PAS (D.R.I.).

The *Tuncel* and *Albert* cases, like this matter, assert federal securities law claims against Defendants Sandgaard and Moorhead (and others), alleging that they engaged in a fraudulent billing scheme in order inflate the revenue and profits of Zynex, Inc. ("Zynex"). *See, e.g.*, *Tuncel* ECF No. 1 ¶¶ 1-8; *Albert* ECF No. 1 ¶¶ 1-2. Similarly, the

1

*Allstate* case asserts RICO claims against Defendants Sandgaard and Moorhead (and others) based on an alleged scheme to defraud by submitting false and fraudulent records and bills. *See, e.g., Allstate* ECF No. 13 ¶¶ 1-9.

The facts and allegations in these civil matters also overlap with the criminal indictment, which alleges that Defendants Sandgaard and Lucsok "orchestrated a fraud scheme to obtain millions of dollars by fraud from government and private health care payors and patients, as well as to defraud investors in Zynex by concealing that the company's billings and revenues were driven by fraud." *U.S. v. Sandgaard, et al.*, ECF No. 3 ¶¶ 4-10. The complaints in this matter and in the *Albert* case both reference and describe the allegations in the indictment in detail. *See, e.g.*, *Beidel*, ECF No. 1 ¶¶ 3, 16-17, 37, 121 (discussing and attaching indictment); *Albert*, ECF No. 1 ¶ 19 ("The following is alleged on information and belief, based on the allegations of the Indictment."); ¶ 57 ("Based on the Indictment, plaintiff alleges the following on information and belief.").

Dated this 23rd day of March, 2026.

NIXON PEABODY LLP

By:    *s/ Zachary A. Cunha*
       Zachary A. Cunha
       Nixon Peabody LLP
       One Citizens Place, Suite 500
       Providence, RI 02903-1345
       (401) 454-1025
       zcunha@nixonpeabody.com

       Robert A. Fisher
       Nixon Peabody LLP
       Exchange Place, 53 State Street
       Boston, MA 02109
       (617) 345-1335
       rfisher@nixonpeabody.com

2

*Attorneys for Defendant Thomas
Sandgaard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2026, a true and accurate copy of the foregoing was filed and served via CM/ECF on all counsel of record.

*s/ Zachary A. Cunha*