**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00714-DDD-KAS

KENT BEIDEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THOMAS SANDGAARD,
ANNA LUCSOK,
DANIEL MOORHEAD,
BARRY D. MICHAELS,
MICHAEL CRESS, and
JOSHUA DISBROW,

Defendants.

**LEAD PLAINTIFF LEVENT TUNCEL'S NOTICE OF FILING OF MOTION TO
CONSOLIDATE RELATED ACTIONS AND TO VACATE THE APRIL 21, 2026
DEADLINE IN THE *BEIDEL* ACTION**

TO THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Lead Plaintiff Levent Tuncel ("Lead Plaintiff" or "Tuncel") has filed, in the lowest-numbered case, a Motion seeking an order: (i) consolidating the action captioned *Tuncel v. Sandgaard, et al.*, Case No. 1:25-cv-913 (the "*Tuncel* Action") with the above-captioned action (the "*Beidel* Action") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (ii) vacating the purported April 21, 2026 deadline to seek appointment as lead plaintiff of the *Beidel* Action pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "Motion").

Attached to this Notice are:

A.      Lead Plaintiff's Motion, proposed order, and Tuncel's Exhibits 1-10 (*Tuncel* Action, ECF No. 43);

B.      Kent Beidel's Opposition to Tuncel's Motion to Consolidate Related Actions and to Vacate the April 21, 2026 Deadline Published in the *Beidel* Action (*Tuncel* Action, ECF No. 49);

C.      Defendant Daniel Moorhead's Response to Motion to Consolidate Related Actions and to Vacate April 21, 2026 Deadline in the *Beidel* Action (*Tuncel* Action, ECF No. 50);

D.      Defendant Thomas Sandgaard's Response to Motion to Consolidate Related Actions and to Vacate April 21, 2026 Deadline in the *Beidel* Action (*Tuncel* Action, ECF No. 51);

1

E.      Lead Plaintiff's Reply in Support of His Motion to Consolidate Related Actions and to Vacate The April 21, 2026 Deadline in the *Beidel* Action, and Tuncel's Exhibit 11 (*Tuncel* Action, ECF No. 52);

Respectfully submitted,

Dated: March 26, 2026

*/s/ Pavithra Rajesh*
**GLANCY   PRONGAY   WOLKE   & ROTTER LLP**
Robert V. Prongay
Casey E. Sadler
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Levent Tuncel and Lead Counsel for the Putative Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed with this Court on March 26, 2026 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Pavithra Rajesh*
Pavithra Rajesh